NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1492

GILDA INDUSTRIES, INC.,

Plaintiff-Appellee,

and

NESTLE WATERS NORTH AMERICA, INC.,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of International Trade in case no. 07-00474, Senior Judge R. Kenton Musgrave.

ON MOTION

ORDER

Upon consideration of the United States' motion for an extension of time, until March 12, 2010, to file its reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Peter S. Herrick, Esq.
Jonathan T. Stoel, Esq.
David S. Silverbrand, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2010

JAN HORBALY
CLERK